UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAURICE ANTHONY BROWN,<br><br>                Plaintiff,<br><br>   v.<br><br>GARY ERNSDORFF, MANION SATTERBERG, RHYAN CHELSEA ANDERSON, ALEXANDRA ELIZABETH VORHEES,<br><br>                Defendants. | CASE NO. 2:23-cv-00902-TL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to District Court Judge Tana Lin.

DATED this 15th day of June, 2023.

                                                    BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge