UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAURICE ANTHONY BROWN,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>RHYAN CHELSEA ANDERSON et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-00902-TL<br><br>ORDER ON MOTION TO AMEND |

　　　This matter is before the Court on Plaintiff's Motion for Leave to Amend Complaint. Dkt. No. 24. Previously, the Court dismissed Plaintiff's first Complaint and granted leave to file an amended complaint. *See* Dkt. No. 23 (order) at 9. The instant motion is thus unnecessary, as Plaintiff was already granted leave to amend.

　　　Accordingly, Plaintiff's motion is GRANTED. The Clerk is DIRECTED to file Plaintiff's amended complaint (Dkt. No. 24-1).

　　　Dated this 18th day of March 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON MOTION TO AMEND - 1