HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAURICE ANTHONY BROWN,<br><br>Plaintiff,<br>v.<br><br>RHYAN CHELSEA ANDERSON, ALEXANDRA ELIZABETH VOORHEES, GARY ERNDORFF, LEESA MANION and DANIEL SATTERBERG,<br><br>Defendants. | Case No.: 2:23-cv-00902-TL<br><br>~~**[Proposed]**~~<br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Noted for: September 8, 2026 |

THIS MATTER came before the Court on the Motion to Withdraw. The Court has considered the records and files in this proceeding, including the following materials submitted by the parties:

1. The Motion to Withdraw;

After considering these materials and being fully advised, NOW THEREFORE,

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

DATED this 27th day of October, 2026.

HONORABLE TANA LIN



**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Presented by:

STOKES LAWRENCE, P.S.

By: *s/Joshua D. Harms*
Joshua Harms (WSBA #55679)
Justo G. González (WSBA #39127)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496
Joshua.Harms@stokeslaw.com
JGG@stokeslaw.com

*Attorneys for Plaintiff Maurice Anthony Brown*